1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAL BARRIOS CORREA,    ) | 1:05 CV F 05 0584 REC DLB |

MARCIAL BARRIOS CORREA,          )     1:05 CV F 05 0584 REC DLB
                                 )
                                 )     ORDER ADOPTING FINDINGS AND
                                 )     RECOMMENDATION REGARDING
              Plaintiff,         )     COMPLAINT
                                 )     [DOC #4]
       v.                        )
                                 )
STEVEN D. SMITH,                 )
                                 )
                                 )
              Defendant.         )
                                 )

16    Plaintiff, proceeding pro se and in forma pauperis, filed the instant complaint on April 6,

17    2005.

18    On May 3, 2005, the Magistrate Judge filed findings and recommendations herein which

19    were served on plaintiff and contained notice that any objections to the findings and

20    recommendations were to be filed within thirty (30) days.  Plaintiff has not filed timely

21    objections to the findings and recommendations.

22    The court has reviewed the file and finds the findings and recommendations to be

23    supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY

24    ORDERED that:

25          1. The Findings and Recommendations filed May 3, 2005, are adopted in full;

26    and

27          2. This action is dismissed.

28

1        IT IS SO ORDERED.

2    **Dated:  June 9, 2005**              **/s/ Robert E. Coyle**
     668554                          UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28